```
1  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
4  Telephone:  (213) 488-4100
   Telecopier: (213) 488-4180
5
   Attorneys for Judgment Creditor, Carpenters Southwest Administrative
6  Corporation, formerly known as Carpenters Southern California
   Administrative Corporation
7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, a California non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MASSIMILIANO MISEMER, also known as MAX MISEMER, individually and doing business as J & M CONSTRUCTION and also as J & M COMMERCIAL CONSTRUCTION , etc.,<br><br>    DEFENDANT. | CASE NO. SACV 99-646 DOC(EEx)<br><br>ORDER FOR RENEWAL OF JUDGMENT |

The judgment debtor, MASSIMILIANO MISEMER, also known as MAX MISEMER, individually and doing business as J & M CONSTRUCTION and also as J & M COMMERCIAL CONSTRUCTION, ("DEFENDANT"), having judgment entered against him on November 30, 1999 and renewed on November 1, 2006.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

1 | SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"),
2 | and upon declaration that DEFENDANT has failed to pay the total amount of said
3 | judgment; and that DEFENDANT is indebted to CSAC.
4 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
5 | against DEFENDANTS, be renewed for an audit and in the amount of
6 | $57,468.61 which is broken down as follows:
7 | Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| 8 | a. | Principal | $ | 18,104.19 |
| 9 | b. | Judgment interest | $ | 1,011.16 |
| 10 | c. | Costs | $ | 0.00 |
| 11 | d. | Attorney Fees pursuant to Local Rule 14.12 | $ | 1,710.67 |
| 12 | Subtotal (Judgment as entered) | | $ | 20,826.02 |
| 13 | a. | Total Judgment | | $ 20,826.02 |
| 14 | b. | Credit received | $ | 0.00 |
| 15 | c. | Interest after judgment computed from | | |
| 16 | | November 30, 1999 through October 13, 2006 | | |
| 17 | | at 5.65% ($5.79 per day) | | $ 14,307.87 |
| 18 | d. | Subtotal . | | $ 35,133.89 |
| 19 | e. | Costs after judgment | $ | 0.00 |
| 20 | Subtotal (Judgment as renewed) | | | $ 35,133.89 |
| 21 | f. | Less credits after judgment | $ | 0.00 |

22
23 | ////
24
25 | ////
26
27 | ////
28

|   |   |   |   |
|---|---|---|---|
| g. | Interest after judgment computed from November 1, 2006 through October 12, 2016 at 5.07% ($7.62 per day).......................................... | | $ 22,334.72 |
| Total Renewed Judgment ................................................................... | | | $ 57,468.61 |

DATED: October 21, 2016

*David O. Carter*
DAVID O. CARTER, U.S. DISTRICT JUDGE

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY:  /s/ Jodi Siegner
      JODI SIEGNER
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation