1  CASEY JENSEN, Bar No. 263593
   Email: cjensen@shanleyapc.com
2  STEPHEN ZELLER, Bar No. 265664
3  Email: szeller@shanleyapc.com members of
   SHANLEY, a Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
5  Los Angeles, California 90071-1706
6  Telephone:  213/488-4100
   Telecopier: 213/488-4180
7

8  Attorneys for Plaintiffs, Carpenters Southwest
9  Administrative Corporation, formerly known as Carpenters
   Southern California Administrative Corporation
10

11                UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13
                       WESTERN DIVISION
14

15  CARPENTERS SOUTHERN           )   Case No. SACV 99-646-DOC-EEx
    CALIFORNIA ADMINISTRATIVE     )
16  CORPORATION, a California non-profit  )   [PROPOSED] ORDER FOR
17  corporation,                  )   RENEWAL OF JUDGMENT
                                  )
18                                )
                    Plaintiffs,   )
19  v.                            )
                                  )
20                                )
    MASSIMILIANO MISEMER, also known )
21  as MAX MISEMER, individually and  )
22  doing business as J & M ONSTRUCTION )
    and also as J & M COMMERCIAL   )
23  CONSTRUCTION, etc.,           )
                                  )
24                                )
                    Defendant.    )
25                                )
    _____)
26

27      The judgment debtor, MASSIMILIANO MISEMER, also known as MAX

28  MISEMER, individually and doing business as J & M CONSTRUCTION and also as

                                 - 1 -

1  J & M COMMERCIAL CONSTRUCTION, ("DEFENDANT"), having judgment

2  entered against him on November 30, 1999 then renewed on November 1, 2006, and

3  October 21, 2016.

4         NOW, upon application of CARPENTERS SOUTHWEST

5  ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

6  SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and

7  upon declaration that DEFENDANT has failed to pay the total amount of said

8  judgment; and that DEFENDANT is indebted to CSAC.

9         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

10  against DEFENDANTS, be renewed for an audit and in the amount of $60,861.08

11  which is broken down as follows:

12  Judgment as entered:

13      a.    Principal ................................................................... $18,104.19

14      b.    Judgment interest........................................... $1,011.16

15      c.    Costs ................................................... $   0.00

16      d.    Attorney Fees pursuant to Local Rule 14.12 .............. $1,710.67

17  Subtotal (Judgment as entered) ........................................... $20,826.02

18      a.    Total Judgment ............................................. $20,826.02

19      b.    Credit received ............................................. $   0.00

20      c.    Interest after judgment computed from

21          November 30, 1999 through October 13, 2006

22          at 5.65% ($5.79 per day)................................. $14,307.87

23      d.    Subtotal . ................................................... $35,133.89

24      e.    Costs after judgment ......................................... $   0.00

25  Subtotal (Judgment as renewed) ........................................... $35,133.89

26      f.    Less credits after judgment............................ $   0.00

27      g.    Interest after judgment computed from

28          November 1, 2006 through October 12,

- 2 -

| | | |
|---|---|---|
| 2016 at 5.07% ($7.62 per day)......................................... | $ 22,334.72 |
| Subtotal (Judgment as renewed) ......................................... | $57,468.61 |
| h. Less credits after judgment............................................... | $      0.00 |
| i. Interest after judgment computed from | |
| October 12, 2016 through July 8, | |
| 2025 at .66% ($1.10 per day)......................................... | $ 3,392.47 |
| Total Renewed Judgment ....................................................... | $ 60,861.08 |

DATED: July 18, 2025          _TrinaDeBose_

                    Deputy   CLERK
                             UNITED STATES DISTRICT ████
                                                COURT

Presented by:

SHANLEY,
A Professional Corporation


BY:_____
       CASEY JENSEN
Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation, formerly known as Carpenters
Southern California Administrative Corporation

## PROOF OF SERVICE (By Mail)
### (Carpenters v. Massimiliano Misemer, etc.,)
### (USDC Case No. SACV 99-646 DOC (EEx))

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On July 14, 2025, I served a copy of the foregoing document, described as:
**[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT**

**on defendant, addressed as follows:**

Massimiliano Misemer, aka
Max Misemer, individually and dba
J & M Construction
(address redacted)
Stephenville, TX 76401-4631

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]   (BY DEPOSIT FOR COLLECTION)**      I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

### Executed on July 14, 2025, at Los Angeles, California.

**[X]   (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco